**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 01-1213**

———————————

JOHN PAUL TURNER,

                                    Plaintiff - Appellant,

    versus

HONORABLE WOOD; ESQUIRE ROBEY; JACKSON L.
KISER, Honorable, U.S. District Judge; SAMUEL
G. WILSON, Honorable, Chief U.S. District
Judge,

                                  Defendants - Appellees.

———————————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Samuel G. Wilson, Chief District Judge. (MISC-01-2-7)

———————————

Submitted: March 22, 2001       Decided: March 30, 2001

———————————

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

John Paul Turner, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John Paul Turner appeals the district court's order finding that he had not complied with a prefiling injunction and denying his motion to proceed in forma pauperis. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal on the reasoning of the district court. Turner v. Wood, No. MISC-01-2-7 (W.D. Va. Feb. 5, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court an argument would not aid the decisional process.

DISMISSED

2